UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ANSWAR D. ROLLINS, JR.,

    Defendant.

Case No. 17-cv-40064-JPG

### **MEMORANDUM AND ORDER**

This matter comes before the Court on a letter dated February 11, 2019, from defendant Answar D. Rollins, Jr. seeking a copy of his plea agreement, his indictment and the docket sheet (Doc. 34). He also seeks the name of the court reporter and an estimate of the cost of transcripts for his plea hearing and his sentencing.

The Court **DIRECTS** the Clerk of Court to provide Rollins an estimate of the cost of the documents he seeks from the file. Should Rollins be unable to pay the cost of those documents, he may reapply for free copies. In that motion, he must show (1) that he has exhausted *all* other means of access to the documents he seeks (*i.e.*, through his trial and appellate counsel), (2) that he is financially unable to secure access to the documents he seeks (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing), and (3) that the documents requested are necessary for some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *United States v. Groce*, 838 F. Supp. 411, 413, 414 (E.D. Wis. 1993).

As for Rollins's inquiry regarding transcripts, the Court has communicated that request to the official court reporter, who will respond to Rollins by separate letter.

The Court **DENIES without prejudice** Rollins's letter motion for copies (Doc. 34).

**IT IS SO ORDERED.**
**DATED: February 19, 2019**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**